26cr 168 JMB/SGE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

BHATOR KONAH BRYANT,

Defendant.

**INDICTMENT**

18 U.S.C. § 1015(f)

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
**(False Claim of Citizenship in Order to Vote)**

On or about October 18, 2024, in the State and District of Minnesota, the defendant,

**BHATOR KONAH BRYANT**,

an alien, knowingly made a false statement and claim that she was a citizen of the United States, in order to register to vote and to vote in a Federal, State and local election, in violation of Title 18, United States Code, Section 1015(f).

A TRUE BILL

UNITED STATES ATTORNEY

FOREPERSON

SCANNED
SEP 2 4 2026
U.S. DISTRICT COURT MPLS