AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

United States of America
v.

Bhator Konah Bryant

*Defendant*

Case No. CR 26-168 JMB/SGE

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Bhator Konah Bryant,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 1: False Claim of Citizenship in Order to Vote 18:1015(f)

Date: 09/24/2026

Kate M. Fogarty
*Issuing officer's signature*

City and state: Minneapolis, MN

Kate M. Fogarty, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* ______, and the person was arrested on *(date)* ______
at *(city and state)* ______.

Date: ______

______
*Arresting officer's signature*

______
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: ______________________________

Known aliases: ______________________________

Last known residence: ______________________________

Prior addresses to which defendant/offender may still have ties: ______________________________

______________________________

Last known employment: ______________________________

Last known telephone numbers: ______________________________

Place of birth: ______________________________

Date of birth: ______________________________

Social Security number: ______________________________

Height: ______________ Weight: ______________

Sex: ______________ Race: ______________

Hair: ______________ Eyes: ______________

Scars, tattoos, other distinguishing marks: ______________________________

______________________________

______________________________

History of violence, weapons, drug use: ______________________________

______________________________

Known family, friends, and other associates *(name, relation, address, phone number)*: ______________________________

______________________________

FBI number: ______________________________

Complete description of auto: ______________________________

______________________________

Investigative agency and address: ______________________________

______________________________

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: ______________

______________________________

______________________________

Date of last contact with pretrial services or probation officer *(if applicable)*: ______________________________

______________________________

______________________________