**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL<br>BEFORE: ELSA M. BULLARD<br>U.S. Magistrate Judge |
| Plaintiff, | ) | |
| v. | ) | Case No: 26-cr-168 (JMB/SGE) |
| | ) | Date: September 29, 2026 |
| Bhator Konah Bryant, | ) | Courthouse: Minneapolis |
| | ) | Courtroom: 9E |
| Defendant, | ) | Time Commenced: 2:36 p.m. |
| | ) | Time Concluded: 2:45 p.m. |
| | ) | Time in Court: 9 minutes |

APPEARANCES:

Plaintiff: Garrett Fields, Assistant U.S. Attorney
Defendant: Dan Huddleston, Assistant Federal Defender
X FPD X To be appointed

Date Charges Filed: September 24, 2026 Offense: False Claim of Citizenship in Order to Vote

X Advised of Rights

on X Indictment

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

X Defendant also arraigned at this hearing, see separate arraignment minutes.
X Government moves to unseal the case. X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record
X Consular notice read on the record

s/coo
Signature of Courtroom Deputy