# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>BHATOR KONAH BRYANT,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No. 26-168 (JMB/SGE)<br><br><br>**NOTICE OF APPEARANCE** |

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Heather Rysgaard shall appear as appointed counsel of record for the above named defendant in this case.

Dated: October 02, 2026

*s/Heather Rysgaard*
HEATHER RYSGAARD
Attorney ID No. 507172
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415